**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. SA CV 17-0732-DOC (DFMx) | Date:  September 12, 2018 |

Title: NICK NGUYEN ET AL V. DENTAL SLEEP MASTERS, LLC ET AL

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT ISSUE SANCTIONS [85] AND SCHEDULING HEARING**

On April 21, 2017, Plaintiffs Nick Nguyen and Calvin Young filed the complaint (Dkt. 1) against Dental Sleep Masters, LLC ("DSM"), International Academy of Sleep, LLC ("IAOS"), Avi Weisfogel ("Weisfogel"), and Barry Glassman ("Glassman," and collectively, "Defendants") asserting business tort claims arising out of a Dental Sleep Master Premier Membership Agreement ("Agreement"). *See* Compl. ¶¶ 20–46.

On July 24, July 31, August 18, and August 23 of 2017, the Clerk entered defaults against Weisfogel, DSM, Glassman, and IAOS respectively (Dkt. 22, 26, 33, 38). On August 25, 2017, Defendants filed a motion to set aside default (Dkt. 42), and also filed their answer (Dkt. 43). On October 6, 2017, the Court granted Defendants' motion to set aside entry of defaults (Dkt. 42).

On October 23, 2017, Defendants filed a petition to compel arbitration (Dkt. 55). On October 31, 2017, the Court referred the case to the ADR program (Dkt. 57) pending its decision on the motion to compel arbitration. On April 30, 2018, the Court denied the petition (Dkt. 73).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. SA CV 17-0732-DOC (DFMx) | Date: September 12, 2018 |
| | Page 2 |

      On June 7, 2018, Defendants then filed the Ex Parte Application to Continue Trial Date and Reopen Discovery ("Application") (Dkt. 74). The Application made clear that the parties never attended their Court-ordered mediation. The Application noted that Defendants had been "denied an opportunity to mediate this case" and that a court order modifying the schedule would be necessary before a mediation could proceed. Application at 7. On June 11, 2017, the Court ordered parties (the attorneys and their clients) to attend mediation "as soon as possible." On June 20, 2018, the Court granted the Application, reopening discovery and setting the trial date for November 6, 2018 (Dkt. 78).

      On August 31, 2018, Defendants filed the motion for summary judgment (Dkt. 82). On September 10, 2018, Plaintiffs opposed (Dkt. 83). The hearing is set for October 1, 2018.

      On September 10, 2018, mediator Keith Parker held a mediation session. On September 11, 2018, the mediator filed a report that states the parties appeared as required by Civil L.R. 16-15.5(b), but that the case did not settle and further facilitated discussions are not expected (Dkt. 84). Also on September 11, 2018, Plaintiffs filed an application for contempt against Defendants and their counsel (Dkt. 85). Plaintiffs assert that only counsel Phil Foster and Glassman's daughter attended the mediation. Declaration of Matthew Bradford ("Bradford Decl.") ¶ 10. No representative of DSM or IAOS attended. *Id*. The claims adjuster for the insurer of DSM was not present. *Id*. And Weisfogel did not appear personally or by telephone. *Id*. Plaintiff states that despite the fact that none of the Defendants were present and no one with authority to negotiate and settle the case was present on behalf of the Defendants, Plaintiffs remained for more than three hours. *Id.* at ¶ 12. During that time, Plaintiffs received one settlement communication by one Defendant. *Id*. at ¶ 13.

      Defendants are hereby ORDERED to show cause in writing why the Court should not issue sanctions and why they should not be held in civil contempt for failing to comply with the Court's order to attend mediation as soon as possible, including "the attorneys and their clients." Defendants shall show cause by **5:00 p.m. PST on September 13, 2018.** This matter is set for hearing before this Court at **8:30 a.m. on September 17, 2018.**

      IT IS SO ORDERED.

      The Clerk shall serve this minute order on the parties.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 17-0732-DOC (DFMx)                                      Date: September 12, 2018
                                                                                                         Page 3